```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 12990
   ANGELA D BANKS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6933

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/20/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC     14099.70         383.87         748.76
AMERICREDIT FINANCIAL SE  UNSECURED         NOT FILED           .00            .00
AFNI INC                  UNSECURED         NOT FILED           .00            .00
AMSHER COLLECTION SERVIC  UNSECURED         NOT FILED           .00            .00
DAIMLER CHRYSLER SERVICE  UNSECURED          4011.98            .00            .00
CORPORATE COLLECTION      UNSECURED         NOT FILED           .00            .00
GREAT AMERICAN FINANCE    UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED           710.15            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00            .00
SUN CASH                  UNSECURED         NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           570.38            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,314.00                        364.43
TOM VAUGHN                TRUSTEE                                            102.94
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,600.00

PRIORITY                                           .00
SECURED                                         748.76
   INTEREST                                     383.87
UNSECURED                                          .00
ADMINISTRATIVE                                  364.43
TRUSTEE COMPENSATION                            102.94
DEBTOR REFUND                                      .00
                     ---------------        ---------------
TOTALS                 1,600.00                1,600.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12990 ANGELA D BANKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 12990 ANGELA D BANKS